NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MANUEL ALCARAZ,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2012-3065

---

Petition for review of the Merit Systems Protection Board in case no. SF0752101001-I-1.

---

## ON MOTION

---

## ORDER

Manuel V. Alcaraz moves to dismiss his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The petition for review is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

MAR 0 9 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Manuel V. Alcaraz
Douglas G. Edelschick, Esq.

s21

Issued As A Mandate: MAR 0 9 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2012

JAN HORBALY
CLERK